COMMERCIAL CREDIT COMPANY, Appellant, v. George HOFFERBERT, Collector of Internal Revenue for the District of Maryland, Appellee.

No. 6234.

United States Court of Appeals
Fourth Circuit.

Argued April 10, 1951.

Decided May 7, 1951.

Berthold Muecke, Jr., Baltimore, Md. (Duane R. Dills, New York City and Muecke, Mules & Ireton, Baltimore, Md., on brief), for appellant.

Virginia H. Adams, Sp. Asst. to Atty. Gen. (Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Bernard J. Flynn, U. S. Atty. and Frederick J. Green, Jr., Asst. U. S. Atty., Baltimore, Md., on brief), for appellee.

Before PARKER, Chief Judge and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed for the reasons stated in the opinion of the District Court, 93 F.Supp. 562.

Affirmed.

William Larry MARTIN v. UNITED STATES of America.

No. 13483.

United States Court of Appeals
Fifth Circuit.

May 4, 1951.

See also 182 F.2d 225.

James H. Martin, Dallas, Tex., for appellant.

Cavett S. Binion, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before HOLMES, McCORD, and RUSSELL, Circuit Judges.

PER CURIAM.

We have examined each and every specification of error urged by appellant, and find them without exception wholly without substance or merit. There is no reversible error in the record, and the judgment is accordingly,

Affirmed.